# UNITED STATES DISTRICT COURT
# 300 QUARROPAS STREET
# WHITE PLAINS, N.Y. 10601

CHAMBERS OF THE HONORABLE
GEORGE A. YANTHIS, U.S. MAGISTRATE JUDGE

## MEMORANDUM

DATE: April 21, 2005

TO: Honorable Charles L. Brieant, U.S. District Judge

FROM: George A. Yanthis, U.S. Magistrate Judge

RE: Transcript of Guilty Plea

    On April 14 2005 a Rule 11 allocution was taken in the matter of United States vs Hall 04 CR 973 (CLB) on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully Submitted

_____
George A. Yanthis
U.S. Magistrate Judge